UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-592M |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JIMMY DEAN GIBSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Conspiracy to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

    Count 2: Possession of Cocaine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 18 U.S.C. § 2.

Date of Detention Hearing:   November 3, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and danger to the community. It is appropriate to apply the presumption that the defendant poses a risk of flight in this case.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01    (2)    Defendant is a citizen of Canada.

02    (3)    Defendant has no ties to this community or to the Western District of
03 Washington.

04    (4)    Defendant has a non-stable residence.

05    (5)    Defendant has a non-stable employment status.

06    (6)    There appear to be no conditions or combination of conditions other than
07 detention that will reasonably address the risk of flight.

08    IT IS THEREFORE ORDERED:

09    (1)    Defendant shall be detained pending trial and committed to the custody of the
10           Attorney General for confinement in a correction facility separate, to the
11           extent practicable, from persons awaiting or serving sentences or being held in
12           custody pending appeal;

13    (2)    Defendant shall be afforded reasonable opportunity for private consultation
14           with counsel;

15    (3)    On order of a court of the United States or on request of an attorney for the
16           government, the person in charge of the corrections facility in which
17           defendant is confined shall deliver the defendant to a United States Marshal
18           for the purpose of an appearance in connection with a court proceeding; and

19    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
20           counsel for the defendant, to the United States Marshal, and to the United
21           States Pretrial Services Officer.

22    DATED this 3rd day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge